UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

              Plaintiff,

- against -

ODINI HEMMINGS and
KEVIN PHILLIPS,

              Defendants.
-----------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 9 - 2009 ★
BROOKLYN OFFICE

ORDER

07 CR 421 (NG) (JMA)

GERSHON, United States District Judge:

For the reasons stated on the record at the hearing before the court held on April 16, 2009, following a <u>de novo</u> review of the Report and Recommendation of Judge Azrack dated March 5, 2009, ("R&R"), recommending (i) denying defendant Kevin Phillip's motion to suppress the post-arrest statements of defendant Phillips and (ii) granting, in part, and denying, in part, defendants' motion to exclude recorded statements of defendant Odini Hemmings, the R&R is adopted in its entirety.

SO ORDERED.

s/NG

NINA GERSHON
United States District Judge

Dated: Brooklyn, New York
       June 8, 2009